JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHAVEZ, an individual person, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>   v.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP, a foreign limited liability law partnership,<br><br>           Defendants. | Case No. 8:17-CV-00706-JLS-KESx<br><br>**CLASS ACTION**<br><br>**ORDER REMANDING CASE** |

1 The parties having stipulated to remand this case to the Orange County
2 Superior Court, good cause appearing:
3     IT IS ORDERED, that
4     This case is hereby remanded to the Orange County Superior Court,
5 Case No. 30-2017-00907937-CU-MC-CXC. Each party is to assume its own costs
6 and attorney fees.
7
8 Dated: May 26, 2017
9
10
11
12 _____
13 Hon. Josephine L. Staton
United States District Court
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1